# IN THE COURT OF APPEALS OF IOWA

No. 15-1761
Filed December 21, 2016

**GABRIEL L. VASQUEZ,**
 Applicant-Appellant,

**vs.**

**STATE OF IOWA,**
 Respondent-Appellee.
_____

 Appeal from the Iowa District Court for Jasper County, Bradley McCall, Judge.

 Gabriel Vasquez appeals the district court's denial of his pro se postconviction-relief application. **AFFIRMED.**

 Gabriel L. Vasquez, Newton, pro se.

 Thomas J. Miller, Attorney General, and H. Loraine Wallace, Assistant Attorney General, for appellee State.

 Considered by Danilson, C.J., and Mullins and Bower, JJ.

**MULLINS, Judge.**

Gabriel Vasquez appeals the district court's denial of his pro se postconviction-relief (PCR) application. In his PCR application, Vasquez appealed the administrative law judge's (ALJ) hearing decision finding Vasquez violated a prison rule, for which Vasquez was sanctioned with one day of cell confinement. As a result of the incident, Vasquez also lost his prison job. Vasquez concedes he did not lose any earned time as a result of the proceedings before the ALJ. We affirm the district court's finding the discipline imposed did not result in a substantial deprivation of Vasquez's liberty or property interests and thus dismissal of the PCR application was warranted. *See* Iowa Code § 822.2 (2015); *Wycoff v. Iowa Dist. Ct. for Lee Cty.*, 580 N.W.2d 786, 787 (Iowa 1998).

We affirm without further opinion. *See* Iowa Ct. Rule 21.26(1)(a), (c), (d) and (e).

**AFFIRMED.**